MICHAEL NOLAN, *Respondent, v.* CORDELIA C. WHITNEY, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

JACOB ODELL and another, *as Executors, etc., Respondents, v.* ANNA RANDALL DIEHL, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex. rel.* WILLIAM HEPBURN and others, *v.* ALBERT G. UPHAM, *Respondent.* — Judgment and proceedings affirmed, with costs. Opinion by BARNARD, P. J.

IN THE MATTER OF THE APPLICATION OF THE PROSPECT PARK AND CONEY ISLAND RAILROAD COMPANY, to acquire title to lands of ABRAHAM BARRE. — Order and report of commissioners affirmed, with costs and disbursements. Opinion by DYKMAN, J.; GILBERT, J., not sitting.

FREDERICK E. WELLS, *Respondent, v.* HUB PUBLISHING COMPANY OF NEW YORK, *Appellant.* — Judgment reversed, and new trial granted at Circuit, costs to abide event; reference vacated. Opinion by BARNARD, P. J.

ROBERT E. ALLEN, *Respondent, v.* WASHINGTON B. WILLIAMS, *as Receiver, etc., Appellant,* Impleaded, etc. — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

ABRAM ROSENSEN, *Administrator, etc., Respondent, v.* THE NORTH SECOND STREET AND M. V. R. R. Co., *Appellant.*—Order granting new trial reversed without costs, and motion for new trial denied without costs. Opinion by DYKMAN, J.; GILBERT, J., dissenting.

GOTTFRIED MELTZER, *Survivor, etc., Appellant, v.* EDWIN N. DOLL, and another, *Executor and Executrix, etc., Respondents.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

MARY A. DURKIN, *Administratrix, etc., Respondent, v.* THOMAS R. SHARP, *Receiver, etc., Appellant.* — Judgment and order denying new trial, affirmed, with costs. Opinion by GILBERT, J.

FLORENCE VERDIN and DANIEL DE MOYELLES *v.* THE JERSEY CITY AND ALBANY R. R. Co. — Judgment and orders denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.